FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 27 2012
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

CASE NO. 4:11CR00080-01 BSM

JOHNNY LEE WINFIELD                                         DEFENDANT

## AMENDED JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order [Doc. No. 30] entered on February 29, 2012, is amended to reflect the correct amount of restitution as $28,031.70 instead of $31,281.70 as stated on page 5. The Statement of Reasons, Part VII is amended to correct the total amount of restitution as $28,031.70.

The clerk is directed to provide a copy of the order to the United States Probation Office and the United States Marshals Service.

All other conditions contained in the original Judgment and Commitment Order shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 27th day of November 2012.

_____
UNITED STATES DISTRICT JUDGE